## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Nancy A. Nelson,                       Civil No. 11-3403 (RHK/TNL)

         Plaintiff,            **DISQUALIFICATION AND**
                                    **ORDER FOR REASSIGNMENT**

vs.

Wachovia Mortgage Corporation,

         Defendant.


       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 22, 2011

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge